# THE UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas
### Plano Office

Suite 300B
660 North Central Expressway
Plano, TX 75074

Bankruptcy Proceeding No.: 18−40037
Chapter: 13
Judge: Brenda T. Rhoades

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Christina Elizabeth Pritts
aka Christi Pritts, fka Christina Uvaldo
3001 Lakefield Drive
Little Elm, TX 75068

Social Security No.:
xxx−xx−5330

Employer's Tax I.D. No.:

### NOTICE OF INTENT TO INITIATE DISCHARGE PROCESS IN A CHAPTER 13 CASE FILED ON OR AFTER OCTOBER 17, 2005

*YOU ARE HEREBY NOTIFIED* that a Notice of Plan Completion has been filed by Carey D. Ebert, Chapter 13 Trustee, in the above−referenced case. This Notice verifies to the Court that each of the above−referenced debtors in this case has completed all payments under the confirmed Chapter 13 plan for which the Chapter 13 Trustee served as the disbursing agent and that the process to determine the entitlement of each such debtor to an order of discharge should be initiated pursuant to 11 U.S.C. §1328(a). However, the provisions of the confirmed Chapter 13 plan may have designated the Debtor(s) to act as the disbursing agent for the payment of some claims provided for by the plan and the Court lacks sufficient information by which to ascertain the status of those payments. Other grounds may also exist which should properly preclude the entry of a discharge order at this time. Accordingly, the Court finds that just cause exists for the entry of the following order.

*IT IS THEREFORE ORDERED* that, *within 30 days of the date of this Notice,* each debtor must file:

(1) a "Statement of Debtor Regarding Applicability of 11 U.S.C. §522(q) in a Chapter 12 or 13 Case" in a format substantially conforming to TXEB Local Form 4004−c;

(2) a "Certification of Debtor Regarding Status of Domestic Support Obligations in a Chapter 12 or 13 Case" in a format substantially conforming to TXEB Local Form 4004−d; and

(3) unless it has previously been filed in the case, a "Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23).

*IT IS FURTHER ORDERED* that any objection to the entry of an order of discharge to each of the above–referenced debtors pursuant to 11 U.S.C. §1328(a), including any objection to the §522(q) Statement or the DSO Certification subsequently filed by the debtor(s), must be filed in this case *within sixty (60) days of the date of the issuance of this order* and served upon each debtor, the attorney for the debtor(s), and the Chapter 13 Trustee. If an objection is timely filed, then a hearing to consider the objection shall be scheduled under the normal procedures of the Court.

*IT IS FURTHER ORDERED* that, if no objections to the entry of the discharge order are timely filed, the Court shall proceed to determine the entitlement of each debtor to the entry of a discharge order pursuant to 11 U.S.C. §1328(a).

Dated: 3/1/23

/s/ Brenda T. Rhoades
U. S. Bankruptcy Judge

United States Bankruptcy Court
Eastern District of Texas

In re: Case No. 18-40037-btr
Christina Elizabeth Pritts Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0540-4      User: admin      Page 1 of 3
Date Rcvd: Mar 01, 2023      Form ID: 1200      Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christina Elizabeth Pritts, 3001 Lakefield Drive, Little Elm, TX 75068-7821 |
| cr | + | Home Point Financial Corporation, c/o D. Anthony Sottile, Esq., 394 Wards Corner Rd., Ste. 180, Loveland, OH 45140-8362 |
| cr | + | InTouch Credit Union, c/o Quilling, Selander, Lownds, et al, Attn: Timothy A. York, 2001 Bryan Street, Suite 1800 Dallas, TX 75201-3071 |
| 7442706 | + | Chrysler Capital, 1601 Elm St Ste 800, Dallas TX 75201-7260 |
| 7433694 | | Encore Receivable Management Inc., 400 N. Rogers Rd., P.O. Box 3330, Olathe, KS 66063-3330 |
| 8154107 | + | Home Point Financial Corporation, 9726 Old Bailes Road, Fort Mill, SC 29707-7881 |
| 7442696 | + | Home Point Financial Corporation, c/o D. Anthony Sottile, Authorized Agent, 394 Wards Corner Road, Suite 180, Loveland, OH 45140-8362 |
| 7433700 | + | Stonegate Mortage Corp, 4894 Greenville Ave Ste, Dallas, TX 75206-4120 |
| 7433708 | + | Wffnb Retail, Po Box 94498, Las Vegas, NV 89193-4498 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: tleday@mvbalaw.com | Mar 02 2023 00:00:00 | Denton County, c/o Lee Gordon, PO Box 1269, Round Rock, TX 78680-1269 |
| 7467322 | + | Email/Text: bnc-aquafinance@quantum3group.com | Mar 02 2023 00:00:00 | Aqua Finance, Inc., One Corporate Drive, Suite 300, Wausau, WI 54401-1724 |
| 7433689 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 01 2023 23:59:00 | Bank Of America, NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 7469328 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Mar 02 2023 00:00:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 7433690 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 02 2023 00:15:14 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 7433691 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 02 2023 00:04:39 | Cardworks/CW Nexus, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 7433692 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 02 2023 00:00:00 | Comenity Bank/gndrmtmc, PO Box 182125, Columbus, OH 43218-2125 |
| 7433693 | + | Email/Text: bankruptcynotices@dcicollect.com | Mar 02 2023 00:00:00 | Diversified Consultants, Inc., Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 7433695 | + | Email/Text: bankruptcy@firstelectronic.com | Mar 02 2023 00:00:00 | First Electronic Bank, Attn: Bankruptcy, 2150 S 1300 E Ste 400, Salt Lake City, UT 84106-4336 |
| 7456720 | | Email/Text: bankruptcy@homepointfinancial.com | Mar 02 2023 00:00:00 | Home Point Financial Corporation, 11511 Luna Road, Suite 300, Farmers Branch, TX 75234 |
| 7433696 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 02 2023 00:00:00 | Internal Revenue Service, PO Box 7346, |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Philadelphia, PA 19101-7346 |
| 7433697 | | Email/Text: BKNOTICING@ITCU.ORG | Mar 02 2023 00:00:00 | Intouch Credit Union, P.O. Box 250169, Plano, TX 75025-0169 |
| 7468306 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 02 2023 00:04:39 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 7465276 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 02 2023 00:00:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 7433698 | | Email/Text: bankruptcies@orangelake.com | Mar 02 2023 00:00:00 | Orange Lake Country Club, 8505 W. Irlo Bronson Memorial Hwy., Kissimmee, FL 34747-8201 |
| 7435073 | + | Email/PDF: rmscedi@recoverycorp.com | Mar 02 2023 00:04:53 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 7446292 | | Email/Text: bnc-quantum@quantum3group.com | Mar 02 2023 00:00:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 7459551 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Mar 02 2023 00:15:21 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 7433699 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 02 2023 00:00:00 | Santander Consumer USA, 5201 Rufe Snow Drive, Suite 400, North Richland Hills, TX 76180-6036 |
| 7433701 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2023 00:04:39 | Syncb/Ashley Homestore, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 7433702 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2023 00:04:52 | Syncb/ccdstr, PO Box 96060, Orlando, FL 32896-0001 |
| 7433703 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2023 00:04:53 | Synchrony Bank/Amazon, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 7433704 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2023 00:04:38 | Synchrony Bank/HealthCare, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 7433705 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2023 00:04:53 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 7433706 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2023 00:04:40 | Synchrony Bank/Sams, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 7433707 | | Email/Text: USATXE.Bankruptcy-tyler@usdoj.gov | Mar 02 2023 00:00:00 | United States Attorney's Office, 110 North College Avenue, Suite 700, Tyler, Texas 75702-0204 |
| 7468417 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Mar 02 2023 00:15:13 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 7486877 | * | Intouch Credit Union, P.O. Box 250169, Plano, TX 75025-0169 |
| 7433687 | ##+ | Allied Interstate LLC, P.O. Box 361445, Columbus, OH 43236-1445 |
| 7433688 | ##+ | Aqua Finance Inc, 2600 Pine Ridge Blvd, Wausau, WI 54401-7800 |

TOTAL: 0 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| District/off: 0540-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Mar 01, 2023 | Form ID: 1200 | Total Noticed: 36 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2023  Signature:  /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2023 at the address(es) listed below:

**Name** **Email Address**

Carey D. Ebert
on behalf of Trustee Carey D. Ebert  ECFch13plano@ch13plano.com

Carey D. Ebert,
ECFch13plano@ch13plano.com

Juan Tomasino
on behalf of Debtor Christina Elizabeth Pritts jtomasino@allmandlaw.com
dallasecf@allmandlaw.com;clerk@allmandlaw.com;ign@allmandlaw.com;r62733@notify.bestcase.com;allmandlaw@notifications.practicesavvy.com;allmanduser@gmail.com;dgaines@allmandlaw.com;AllmandLawFirmPLLC@jubileebk.net

Lee Gordon
on behalf of Creditor Denton County
ceudy@mvbalaw.com;pbowers@mvbalaw.com;tleday@ecf.courtdrive.com;jparsons@mvbalaw.com;kalexander@mvbalaw.com

Timothy A. York
on behalf of Creditor InTouch Credit Union tyork@qslwm.com  nchancellor@qslwm.com

Travis Hegar Gray
on behalf of Creditor Home Point Financial Corporation travis@jackoboyle.com

Tricia Morra
on behalf of Creditor Home Point Financial Corporation tmorra@raslg.com

US Trustee
USTPRegion06.TY.ECF@USDOJ.GOV

TOTAL: 8